■ In the Matter of Sherrie M. Bird, as Parent and Natural Guardian of April Servello, an Infant, Appellant, v Port Byron Central School District, Respondent. [647 NYS2d 627] —Order unanimously reversed on the law with costs and application granted. Memorandum: Supreme Court abused its discretion in denying claimant's application for leave to serve a late notice of claim (see, General Municipal Law § 50-e [5]). Respondent "acquired actual knowledge of the essential facts constituting the claim" shortly after their occurrence (General Municipal Law § 50-e [5]; see, Maurice W. v Onondaga County Dept. of Social Servs., 186 AD2d 986, 987; Pepe v Somers Cent. School Dist., 108 AD2d 799, 800). The injury to claimant's daughter occurred between classes in the hallway of respondent's school. She was promptly examined by a school nurse, who summoned an ambulance and completed an accident report. "This report of a child having been seriously injured on school premises should have alerted respondent to the advisability of conducting a thorough and immediate investigation of the incident (see Matter of De Groff v Bethlehem Cent. School Dist., 92 AD2d 702). Having failed to do so, respondent cannot now be heard to complain that the late filing of [the] claim will prejudice its preparation of a defense" (Matter of Urban v Waterford-Halfmoon Union Free School Dist., 105 AD2d 1022, 1024; see, General Municipal Law § 50-e [5]). (Appeal from Order of Supreme Court, Cayuga County, Contiguglia, J.—Late Notice of Claim.) Present—Denman, P. J., Green, Callahan, Doerr and Boehm, JJ.

■ Leon A. Clifford, Appellant, v Clifford Rental Management, Inc., Respondent. (Appeal No. 1.) [648 NYS2d 359] —Appeal unanimously dismissed without costs (see, Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Confirm Compliance.) Present—Denman, P. J., Green, Callahan, Doerr and Boehm, JJ.

■ Leon A. Clifford, Appellant, v Clifford Rental Management, Inc., Respondent. (Appeal No. 2.) [648 NYS2d 360] —Order unanimously affirmed with costs for reasons stated at Supreme Court, Parker, J. (Appeal from Order of Supreme Court, Oneida County, Parker, J.—Reargument and Renewal.) Present—Denman, P. J., Green, Callahan, Doerr and Boehm, JJ.

■ In the Matter of Christine B. and Another, Children Alleged to be Permanently Neglected. Delphine B. et al., Appellants; Erie County Department of Social Services, Re-